UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICIA MELSON                                        CIVIL ACTION

VERSUS                                                 NO: 06-5008
                                                       c/w 06-7859

AMERICAN NATIONAL PROPERTY                             SECTION: "K"(3)
AND CASUALTY CO., ET AL.

## ORDER

Before the Court is Plaintiffs' Motion to Remand (Rec.Doc.No. 8). Plaintiffs bring this action seeking damages for, *inter alia*, failure to properly adjust their claim for proceeds under a flood insurance policy. This claim clearly falls within the Court's exclusive subject matter jurisdiction as granted by 42 U.S.C. § 4072. Plaintiff also brings state law claims against her homeowner's insurer. Because there exists common question of fact, i.e. causation of damages, the Court finds that the exercise of 28 U.S.C. § 1367 supplemental jurisdiction over the state law claims is appropriate. *Stay-N-Play Discovery School, Inc. v. Alverez*, 2006 WL 2947878 (E.D. La Oct. 14, 2006) and *Perret v. American Nat. Property and Cas.*, 2006 WL 3412267 (E.D. La. Nov. 27, 2006), the Court finds that Plaintiffs' motion is without merit. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Rec.Doc.No. 8) is hereby **DENIED**.

New Orleans, Louisiana, on this  20th  day of December, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**